Solomon Goldenberg, Appellant, v. Jacob Zirinsky, Respondent.— Motion to dismiss appeal denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Norman C. Harris, Respondent, v. Baltimore Machine and Elevator Works, Appellant.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

In the Matter of the Petition of Frank Comesky, of the Village of Nyack, Rockland County, N. Y., for a Writ of Mandamus against Augustus M. Blackledge, Supervisor of the Town of Orangetown, Rockland County, N. Y.— Motion dismiss appeal granted, with costs, unless the appellant perfect his appeal and notice the case for argument in time for the next term; on compliance with these conditions, motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Bertha Levy, Appellant, v. Theodore A. Bingham, etc., and Others, Respondents.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Annie Lynch, Respondent, v. The Shanley Company, Appellant.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Anna C. Morhard, as Administratrix, etc., of Francis Louis Morhard, Deceased, Respondent, v. Richmond Light and Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Eugene A. Rudiger and John M. Rudiger, Appellants, v. James S. Coleman and Others, Respondents.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Philip Alish, Respondent, v. Samuel Hirsch and Max Hirsch, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Philip T. Bell and Others, as Executors, etc., of James C. Bell, Deceased, Plaintiffs, v. City Security Company, Defendant.— Submission dismissed on the ground that the agreed statement of facts shows that the plaintiffs have no cause of action against the defendant for specific performance, the purchase of the real estate having been made at a judicial sale in foreclosure, the remedy for a failure to complete being by motion in the foreclosure action. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Charles Jennings, Respondent, v. The New York Contracting and Trucking Company, Appellant.— Order affirmed, without costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Henry Kaplan and Others, Respondents, v. George Yanacopoulo, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph Martin, Appellant, v. Leo Schlesinger, as Receiver of the Federal Bank of New York, Respondent. (Action No. 1.)— Judgment affirmed on argument, with costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Peter F. McLaurin, Appellant, v. The Cuba Company, Respondent. —Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, and Miller, JJ., concurred; Hooker, J., dissented.

James E. Nichols and Others, Doing Business under the Firm Name and Style of Austin, Nichols and Company, Respondents, v. James J. Eagan, Appellant.— Judgment of the County Court of Orange county, affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.